CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** May 3, 2024 |
| **Aida Esmeralda Campos, et al. v. Arizona Board of Regents, et al.** | **Case Number:** CV-24-00987-PHX-JJT |

**Attorney for Plaintiffs:** David Chami w/Plaintiffs Breanna Broker, Aida Campos, Emma Davis, Salem Jabaieh, Fatima Jabardi, Michaela Koert, Rachel Lim, Jose Maciel, Amy O'Neill, Noor Odeh, Harry Smith and Mya Vallejo

**Attorney for Defendants:** David Gaona, Austin Yost and Andrew Fox

**PRELIMINARY INJUNCTION HEARING:**

1:34 p.m. Court convenes. This is the time set for Preliminary Injunction Hearing re: Plaintiffs' Emergency Motion for Preliminary Injunction (Doc. [2]). The Court has elected to treat this hearing as a Temporary Restraining Order. The Court provides the following directive to all participants: "Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited." Discussion held. Pursuant to the parties' stipulation for the admission of exhibits, **IT IS ORDERED** exhibits 1 and 2 and 10 through 23 are admitted. **Plaintiffs' case**: Breanna Brocker is sworn and examined. Witness is excused. Mya Vallejo is sworn and examined. Witness is excused. Harry Smith is sworn and examined. Witness is excused. Noor Odeh is sworn and examined. Witness is excused. **Defendant's case:** John Thompson is sworn and examined. Witness is excused. Closing arguments held. Discussion held. 3:54 p.m. Court is in recess.

4:19 p.m. Court reconvenes. For reasons as stated on the record, **IT IS ORDERED** denying, without prejudice, Plaintiffs' Emergency Motion for Preliminary Injunction (Doc. [2]).

4:26 p.m. Court adjourned.

**Court Reporter** Elaine Cropper  **Start:** 1:34 PM
**Deputy Clerk** Julie Martinez and Liliana Figueroa  Stop:  4:26 PM
TOTAL:
2 hrs. 27 mins.