Keith Beauchamp (012434)
D. Andrew Gaona (028414)
Austin C. Yost (034602)
Andrew T. Fox (034581)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
ayost@cblawyers.com
afox@cblawyers.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>Defendants. | No. 2:24-CV-00987-JJT<br><br>**STIPULATION REGARDING PROPOSED PROTECTIVE ORDER** |

Plaintiffs and Defendants (collectively, the "Parties") jointly file this stipulation and request that this Court enter the proposed protective order attached as <u>Exhibit A</u> to govern discovery and disclosures in this action. Good cause supports this request. As the protective order explains, the Parties anticipate that documents, testimony, or information containing or reflecting non-public, confidential information are likely to be disclosed or produced during discovery. This raises potential student privacy concerns under FERPA and may implicate other confidential information involving non-parties. Entry of this protective order will thus (a) facilitate document production and disclosures and (b) allow the Parties (and non-parties) to protect their interests in their confidential information.

RESPECTFULLY SUBMITTED this 12th day of September, 2024.

**COPPERSMITH BROCKELMAN PLC**

By /s/ Austin C. Yost
    Keith Beauchamp
    D. Andrew Gaona
    Austin C. Yost
    Andrew T. Fox

*Attorneys for Defendants*

**CONSUMER ATTORNEYS, PLC**

By /s/ Michael Yancey (w/ permission)
    David Chami
    Michael Yancey

*Attorneys for Plaintiffs*