IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, *et al.*, | No. CV-24-00987-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Board of Regents, *et al.*, | |
| Defendants. | |

At issue is the Parties' Stipulation to Set Uniform Deadline for All University Defendants to Respond to Second Amended Complaint (First Request) (Doc. 79). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation to Set Uniform Deadline for All University Defendants to Respond to Second Amended Complaint (First Request) (Doc. 79). The University Defendants[1] shall have through and including **April 15, 2025** to respond to the Second Amended Complaint (Doc. 75).

Dated this 18th day of February, 2025.

Honorable John J. Tuchi
United States District Judge

---

[1] The University Defendants include the Arizona Board of Regents and the 30 ASU employees named as Defendants in the Second Amended Complaint.