Keith Beauchamp (012434)
D. Andrew Gaona (028414)
Austin C. Yost (034602)
Andrew T. Fox (034581)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
ayost@cblawyers.com
afox@cblawyers.com

*Attorneys for University Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>Arizona Board of Regents, et al.,<br><br>    Defendants. | No. 2:24-CV-00987-JJT<br><br>**DECLARATION OF AUSTIN C. YOST IN SUPPORT OF MOTION TO DISMISS** |

I, Austin C. Yost, declare as follows:

1. I am a partner in the law firm of Coppersmith Brockelman PLC.

2. I am counsel of record for the University Defendants.

3. I submit this declaration in support of the University Defendants' motion to dismiss the Second Amended Complaint.

4. Attached as Exhibit 1 is a copy of ABOR Policy 1-124: Free Expression.

5. Attached as Exhibit 2 is a copy of ABOR Policy 7-201: University Property.

6. Attached as Exhibit 3 is a copy of ASU Student Services Manual 104-02: Handling Disruptive, Threatening, or Violent Individuals on Campus.

7. Attached as Exhibit 4 is a copy of ASU Facilities Management Manual 115: Overnight Use of University Property.

8.    Attached as Exhibit 5 is a copy of the Interim Action: First Notice sent to Plaintiff Breanna Brocker on or around April 27, 2024.[1]

9.    Attached as Exhibit 6 is a copy of the Interim Action: First Notice sent to Plaintiff Mya Vallejo on or around April 27, 2024.

10.    Attached as Exhibit 7 is a copy of the Interim Action: First Notice sent to Plaintiff Autumn Byars on or around April 28, 2024.

11.    Attached as Exhibit 8 is a copy of the Interim Action: First Notice sent to Plaintiff Emma Davis on or around April 28, 2024.

12.    Attached as Exhibit 9 is a copy of the Interim Action: First Notice sent to Plaintiff Aida Esmeralda Campos on or around April 28, 2024.

13.    Attached as Exhibit 10 is a copy of the Interim Action: First Notice sent to Plaintiff Fatima Jabardi on or around April 28, 2024.

14.    Attached as Exhibit 11 is a copy of the Interim Action: First Notice sent to Plaintiff Zahra Alam on or around April 27, 2024.

15.    Attached as Exhibit 12 is a copy of the Interim Action: First Notice sent to Plaintiff Michael Clancy on or around April 26, 2024.

16.    Attached as Exhibit 13 is a copy of the Interim Action: First Notice sent to Plaintiff Rebecca Huang on or around April 27, 2024.

17.    Attached as Exhibit 14 is a copy of the Interim Action: First Notice sent to Plaintiff Salam Jabaieh on or around April 28, 2024.

18.    Attached as Exhibit 15 is a copy of the Interim Action: First Notice sent to Plaintiff Beldaja Jama on or around April 27, 2024.

19.    Attached as Exhibit 16 is a copy of the Interim Action: First Notice sent to Plaintiff Michaela (Mikey) Koert on or around April 28, 2024.

---

[1] For all the interim actions (Exhibits 5-21) and decision letters (Exhibits 24-40), we have redacted Plaintiffs' email addresses and case numbers. Counsel for Plaintiffs confirmed that they have no objection to filing these exhibits in this format.

-2-

20. Attached as <u>Exhibit 17</u> is a copy of the Interim Action: First Notice sent to Plaintiff Jose Maciel on or around April 28, 2024.

21. Attached as <u>Exhibit 18</u> is a copy of the Interim Action: First Notice sent to Plaintiff Noor Odeh on or around April 27, 2024.

22. Attached as <u>Exhibit 19</u> is a copy of the Interim Action: First Notice sent to Plaintiff Nolan Quinn on or around April 27, 2024.

23. Attached as <u>Exhibit 20</u> is a copy of the Interim Action: First Notice sent to Plaintiff Harry Smith on or around April 26, 2024.

24. Attached as <u>Exhibit 21</u> is a copy of the Interim Action: First Notice sent to Plaintiff Guadalupe Chavez Morales on or around May 3, 2024.

25. Attached as <u>Exhibit 22</u> is a copy of ABOR Policy 5-308: Student Code of Conduct.

26. Attached as <u>Exhibit 23</u> is a copy of ASU Student Code of Conduct Procedures.

27. Attached as <u>Exhibit 24</u> is a copy of the Decision Letter sent to Plaintiff Breanna Brocker on or around August 1, 2024.

28. Attached as <u>Exhibit 25</u> is a copy of the Corrected Decision Letter sent to Plaintiff Mya Vallejo on or around July 31, 2024.

29. Attached as <u>Exhibit 26</u> is a copy of the Decision Letter sent to Plaintiff Autumn Byars on or around August 1, 2024.

30. Attached as <u>Exhibit 27</u> is a copy of the Decision Letter sent to Plaintiff Emma Davis on or around July 30, 2024.

31. Attached as <u>Exhibit 28</u> is a copy of the Corrected Decision Letter sent to Plaintiff Aida Esmeralda Campos on or around July 31, 2024.

32. Attached as <u>Exhibit 29</u> is a copy of the Corrected Decision Letter sent to Plaintiff Fatima Jabardi on or around July 31, 2024.

33. Attached as <u>Exhibit 30</u> is a copy of the Decision Letter sent to Plaintiff Zahra Alam on or around August 1, 2024.

34. Attached as Exhibit 31 is a copy of the Decision Letter sent to Plaintiff Michael Clancy on or around November 7, 2024.

35. Attached as Exhibit 32 is a copy of the Decision Letter sent to Plaintiff Rebecca Huang on or around August 1, 2024.

36. Attached as Exhibit 33 is a copy of the Decision Letter sent to Plaintiff Salam Jabaieh on or around July 31, 2024.

37. Attached as Exhibit 34 is a copy of the Corrected Decision Letter sent to Plaintiff Beldaja Jama on or around July 31, 2024.

38. Attached as Exhibit 35 is a copy of the Decision Letter sent to Plaintiff Michaela (Mikey) Koert on or around August 5, 2024.

39. Attached as Exhibit 36 is a copy of the Decision Letter sent to Plaintiff Jose Maciel on or around July 31, 2024.

40. Attached as Exhibit 37 is a copy of the Decision Letter sent to Plaintiff Noor Odeh on or around August 2, 2024.

41. Attached as Exhibit 38 is a copy of the Decision Letter sent to Plaintiff Nolan Quinn on or around August 2, 2024.

42. Attached as Exhibit 39 is a copy of the Decision Letter sent to Plaintiff Harry Smith on or around November 4, 2024.

43. Attached as Exhibit 40 is a copy of the Decision Letter sent to Plaintiff Guadalupe Chavez Morales on or around August 2, 2024.

44. Attached as Exhibit 41 is a copy of ABOR Policy 5-401: Student Code of Conduct Procedures—General.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of April, 2025.

                                              s/ Austin C. Yost
                                              Austin C. Yost