*Aida Esmeraldo Campos, et al. v. Arizona Board of Regents, et al.*

2:24-CV-00987-JJT

## Index of Exhibits to University Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint

Exhibit 1          ABOR Policy 1-124: Free Expression

Exhibit 2          ABOR Policy 7-201: University Property

Exhibit 3          ASU Student Service Manual 104-02: Handling Disruptive, Threatening, or Violent Individuals on Campus

Exhibit 4          ASU Facilities Management Manual 115: Overnight Use of University Property

Exhibit 5          Interim Action: First Notice sent to Plaintiff Breanna Brocker on or around April 27, 2024

Exhibit 6          Interim Action: First Notice sent to Plaintiff Mya Vallejo on or around April 27, 2024

Exhibit 7          Interim Action: First Notice sent to Plaintiff Autumn Byars on or around April 28, 2024

Exhibit 8          Interim Action: First Notice sent to Plaintiff Emma Davis on or around April 28, 2024

Exhibit 9          Interim Action: First Notice sent to Plaintiff Aida Esmeralda Campos on or around April 28, 2024

Exhibit 10         Interim Action: First Notice sent to Plaintiff Fatima Jabardi on or around April 28, 2024.

Exhibit 11         Interim Action: First Notice sent to Plaintiff Zahra Alam on or around April 27, 2024

Exhibit 12         Interim Action: First Notice sent to Plaintiff Michael Clancy on or around April 26, 2024

Exhibit 13      Interim Action: First Notice sent to Plaintiff Rebecca Huang on or around April 27, 2024

Exhibit 14      Interim Action: First Notice sent to Plaintiff Salam Jabaieh on or around April 28, 2024

Exhibit 15      Interim Action: First Notice sent to Plaintiff Beldaja Jama on or around April 27, 2024

Exhibit 16      Interim Action: First Notice sent to Plaintiff Michaela (Mikey) Koert on or around April 28, 2024

Exhibit 17      Interim Action: First Notice sent to Plaintiff Jose Maciel on or around April 28, 2024

Exhibit 18      Interim Action: First Notice sent to Plaintiff Noor Odeh on or around April 27, 2024

Exhibit 19      Interim Action: First Notice sent to Plaintiff Nolan Quinn on or around April 27, 2024

Exhibit 20      Interim Action: First Notice sent to Plaintiff Harry Smith on or around April 26, 2024

Exhibit 21      Interim Action: First Notice sent to Plaintiff Guadalupe Chavez Morales on or around May 3, 2024

Exhibit 22      ABOR Policy 5-308: Student Code of Conduct

Exhibit 23      ASU Student Code of Conduct Procedures

Exhibit 24      Decision Letter sent to Plaintiff Breanna Brocker on or around August 1, 2024

Exhibit 25      Corrected Decision Letter sent to Plaintiff Mya Vallejo on or around July 31, 2024

Exhibit 26      Decision Letter sent to Plaintiff Autumn Byars on or around August 1, 2024

Exhibit 27        Decision Letter sent to Plaintiff Emma Davis on or around July 30, 2024

Exhibit 28        Corrected Decision Letter sent to Plaintiff Aida Esmeralda Campos on or around July 31, 2024

Exhibit 29        Corrected Decision Letter sent to Plaintiff Fatima Jabardi on or around July 31, 2024

Exhibit 30        Decision Letter sent to Plaintiff Zahra Alam on or around August 1, 2024

Exhibit 31        Decision Letter sent to Plaintiff Michael Clancy on or around November 7, 2024

Exhibit 32        Decision Letter sent to Plaintiff Rebecca Huang on or around August 1, 2024

Exhibit 33        Decision Letter sent to Plaintiff Salam Jabaieh on or around July 31, 2024

Exhibit 34        Corrected Decision Letter sent to Plaintiff Beldaja Jama on or around July 31, 2024

Exhibit 35        Decision Letter sent to Plaintiff Michaela (Mikey) Koert on or around August 5, 2024

Exhibit 36        Decision Letter sent to Plaintiff Jose Maciel on or around July 31, 2024

Exhibit 37        Decision Letter sent to Plaintiff Noor Odeh on or around August 2, 2024

Exhibit 38        Decision Letter sent to Plaintiff Nolan Quinn on or around August 2, 2024

Exhibit 39        Decision Letter sent to Plaintiff Harry Smith on or around November 4, 2024

Exhibit 40        Decision Letter sent to Plaintiff Guadalupe Chavez Morales on or around August 2, 2024

Exhibit 41        ABOR Policy 5-401: Student Code of Conduct Procedures – General

# EXHIBIT 1

| ARIZONA BOARD OF REGENTS<br>POLICY MANUAL |
| --- |
| 1-124        Free Expression |
| <u>Revision Dates</u><br>8/23/2018 (adopted) |

A.    The primary function of Arizona's public universities is to promote the discovery, improvement, transmission, and dissemination of knowledge through research, teaching, discussion, and debate. The universities must strive to ensure the fullest degree of intellectual freedom and free expression. It is not the proper role of a university to shield individuals from speech protected by the First Amendment, including ideas and opinions that may be unwelcome, disagreeable, or deeply offensive.

B.    Students, staff, and faculty members may discuss any topic as the First Amendment allows and within the limits of reasonable content and viewpoint-neutral restrictions on time, place, and manner of expression that are consistent with applicable law and that are necessary to achieve a compelling institutional interest if these restrictions are clear, are published, and provide ample alternative means of expression. The board's policy on political activity by employees or others acting on behalf of a university is set forth in Board Policy 6-905.

C.    Students, staff, and faculty members may assemble and engage in spontaneous expressive activities if those activities are not unlawful and do not materially and substantially disrupt the functioning of the university.

D.    A student who is subject to the jurisdiction of a university and who engages in individual conduct that materially and substantially infringes on the rights of other persons to engage in or listen to expressive activity, as defined in A.R.S. §15-1861, is subject to disciplinary sanctions under the Student Code of Conduct and other applicable university and board policies. This does not preclude students from engaging in counter speech as First Amendment principles may permit.

E.    Universities may restrict expressive activity that is not protected by the First Amendment.

F.    The board will establish a committee on free expression composed of representatives from the universities and the board office, which will submit an annual report as required by A.R.S. §15-1867.

**ARIZONA BOARD OF REGENTS**                                    Effective: 8/23/2018
Policy 1-124, *Free Expression*

Policy History

8/23/2018        Approved by the Board on second reading.


Related Information

# EXHIBIT 2

| **ARIZONA BOARD OF REGENTS**<br>POLICY MANUAL |
|---|
| 7-201       University Property |
| <u>Revision Dates</u><br>9/27/2024, 6/15/2023 (effective 7/1/2023), 6/9/2022, 6/16/2005, 4/15/1999, 6/12/1992, 12/14/1985, 3/12/1983 (adopted; effective 5/1/1983) |

## B.  OWNERSHIP, MANAGEMENT, AND USE OF
## REAL PROPERTY

A.     Ownership and Procedures

1.     Title to the grounds and properties of the three universities shall be held by the Arizona Board of Regents, a body corporate, for and on behalf of each university. Such grounds and properties are devoted to and maintained for the sovereign function of the board and its universities and of the provision of higher education to the people, and its properties are not places of unrestricted public access.

2.     Real property utilized by the state universities shall be legally owned by or leased to the Arizona Board of Regents, a body corporate, for and on behalf of each university. Where deeds or leases have named a university as grantee or lessee, they shall be understood to mean the Arizona Board of Regents for and on behalf of such university. Each university is authorized to acquire, to dispose of, or to lease property under the conditions of this chapter, although the board may alter the procedure or waive any requirement or other condition for any individual transaction upon application by a university. Prior board approval shall be required only when specified herein, or when alteration or waiver is desired.

3.      Each university shall maintain a listing of land parcels owned by the board for and behalf of the university maintaining the list that includes, if known and/or applicable:

a.     Parcel number;

b.     Parcel name;

c.     Parcel address;

d.     Parcel size;

e.     Date acquired;

**ARIZONA BOARD OF REGENTS**                                   Effective: 9/27/2024
Policy 7-201, *University Property*

      f.      Acquisition method;

      g.      Parcel use or planned use;

      h.      Use restrictions;

      i.      Lessee and/or sublessee, for properties that are commercial in nature;

      j.      Improvements completion date, for properties that are commercial in nature;

      k.      Improvements leasehold interest, for properties that are commercial in nature; and

      l.      Improvements title, for properties that are commercial in nature.

4.      Universities shall maintain appropriate documentation of ownership for each land parcel.

5.      Universities shall provide an updated land parcel listing to the board office annually in accordance with procedures developed by the executive director of the board.

6.      Each university shall adopt and publish such reasonable policies and regulations as it deems appropriate, and as are consistent with law and board policy, for the maintenance of the peaceful conduct and operation of the university and university property.

B.      Purchase of Real Property

1.      Except as noted below, purchases of real property by a university require prior review by the University Governance and Operations Committee and approval of the board, and compliance with all requirements of this section not explicitly waived by the board.

      a.      A request for authorization to purchase property shall be accompanied by:

            i.      The legal description of the property;

            ii.      The name of the sellers or other person having an interest in the property;

            iii.      A statement detailing the reason for such purchase;

        iv.     The amount and source of funds for the purchase;

        v.      Any other pertinent information; and

        vi.    A notice to board counsel of the results of any appraisals(s) required which shall remain confidential until the purchase is either completed or canceled.

    b.    Board approval is not required for a purchase if:

        i.      The property is located within the State of Arizona; and

        ii.     The purchase price is $1,000,000 or less.

    a.    The board office shall be notified of all purchases regardless of purchase price in accordance with procedures developed by the executive director of the board office.

C.    Sale of Real Property

    1.    Except as described below, real property that the university anticipates to be worth $250,000 or more may be sold only with prior review by the University Governance and Operations Committee and authorization from the board and requires a public auction. A request for authorization to sell shall contain:

        a.    The legal description of the property;

        b.    The name of the buyers or other person having an interest in the property;

        c.    A detailed description of any offers to purchase received by the university;

        d.    The terms of sale (including the price or proposed minimum auction bid, if any is specified); and

        e.    The proposed use of the proceeds from the sale.

    2.    Real property anticipated to be worth less than $250,000 may be sold without University Governance and Operations Committee review and board approval:

**ARIZONA BOARD OF REGENTS**                                Effective: 9/27/2024
Policy 7-201, *University Property*

a.  By listing it with a licensed broker who is a member of any multiple listing service; or

b.  By public auction.

  i.  No contract to sell real property through a broker shall be entered into until it has been listed for at least 14 days;

  ii.  The university may pay a commercially reasonable brokerage commission; and

  iii.  The board office shall be notified of all sales in accordance with procedures developed by the executive director of the board.

3.  Any residential real property may be sold without University Governance and Operations Committee review and board approval by listing it with a licensed broker who is a member of a multiple listing service.

a.  No contract to sell residential real property through a broker shall be entered into until it has been listed for at least 14 days;

b.  The university may pay a commercially reasonable brokerage commission; and

c.  The board office shall be notified of all sales in accordance with procedures developed by the executive director of the board.

4.  If the university receives an offer to purchase, the offer shall contain:

a.  A description of the property sought to be purchased;

b.  The name and address of the person desiring to purchase the property; and

c.  If such person is not an individual or individuals, the offer shall include the name and address of any stockholder, beneficiary, or other person who will own a beneficial interest in the property equaling or exceeding 10% of its value or owns 10% or more of the stock of any corporation making the offer.

5.  No real property for which an appraisal is required under these rules may be sold for less than the lowest appraised value of the property (refer to

**ARIZONA BOARD OF REGENTS**                                    Effective: 9/27/2024
Policy 7-201, *University Property*

section on appraisals in this board policy), unless granted a waiver by the board.

6.    Sales may be for all cash at the time of closing, or may be on terms that the university deems to be commercially reasonable.

7.    All sales by public auction shall comply with the following procedures:

   a.    A notice of sale shall be prepared which includes:

      i.    A legal description of the property and other description of the property sufficient to enable the public to ascertain its location;

      ii.    The nature, time, place, and terms of the proposed sale;

      iii.    A minimum auction bid if applicable; and

      iv.    The notice of sale may incorporate by reference additional instructions, contractual terms, and other information that shall be made available for inspection by inquirers at an office identified in the notice of sale.  The university may charge a reasonable fee for copies of any such material.

   b.    The notice of sale shall be published not less than once a week for four successive weeks in a newspaper of general circulation published regularly in the county in which the property (or a major portion thereof) is located.

   c.    The notice of sale shall be posted not less than 10 days before the date set for sale on the property (if reasonably accessible), at the courthouse in the county in which the property (or a major portion thereof) is located; and at the purchasing office or other conspicuous place at the university.

   d.    The auction shall be held between the hours of 10 a.m. and 4 p.m., at a location designated in the notice of sale, in the county in which the property (or a major portion thereof) is located.

   e.    The property shall be sold to the responsive and responsible bidder making the highest and best offer, but in no case will it be sold for less than the lowest appraised value or for less than any minimum price stated in the notice of sale.  Every bid shall be deemed to be

an irrevocable offer until the sale is completed, and the sale shall not be deemed completed until the purchaser pays the price bid.

f.      The officer designated to conduct the auction may for any reason deemed in the interest of the university reject all bids and cancel the sale, or postpone and continue the sale from time to time, or change the place of the sale to any other location authorized pursuant to this chapter, by giving notice of the new date, time and place by public declaration at the time and place last appointed for the sale.  Any postponed or continued sale date shall be a fixed date within 60 calendar days of the date of the declaration.  No other notice of the postponed, continued or relocated sale is required.

g.      Other procedures for sale, not inconsistent with the foregoing, may be included in the notice of sale, the instructions to bidders, or the form of agreement prescribed for the sale.

D.      Exchanges of Real Property.

1.      Insofar as is practical, an exchange of real property shall be deemed both a sale and a purchase and subject to the requirements of this chapter; provided however, that due to the inherent nature of such exchanges provisions relating to public auction shall not apply.

2.      All exchanges of real property in which either parcel has a value of $250,000 or more shall require University Governance and Operations Committee review and board approval.

3.      A university may enter into an exchange, notwithstanding a differential in the appraised values of the properties, if:

a.      The differential is paid in cash or other consideration acceptable to the university; or

b.      The differential is less than 20%, and the university determines that the value given by the university is within the foreseeable range of possible outcomes if the property to be acquired by the university were to be taken under the power of eminent domain.

E.      Accepting Gifts of Real Property

1.      A university may accept gifts or bequests of real property.  Prior to or concurrently with the acceptance, the university shall:

**ARIZONA BOARD OF REGENTS**                              Effective: 9/27/2024
Policy 7-201, *University Property*

a.   Examine the property to determine environmental and other liability risks associated with ownership; and

b.   Determine that the intention of the donor is documented in sufficient detail to provide the basis for the future managing or sale of the property.

2.   To the extent it is consistent with the intention of the donor, the terms of the document of conveyance shall provide that the real property is not intended to be part of any perpetual fund maintained by or for the benefit and support of any of the universities, or any of the colleges or schools maintained at any of the universities.

3.   A university may decline any gift or bequest for any reason, including but not limited to environmental or other liability risks or unacceptable restrictions on use or disposition of the property or the proceeds thereof.

F.   Appraisals

1.   Each university shall establish guidelines for an annual prequalification process consistent with the university procurement code to maintain a pool of appraisers to be selected for appraisals under this section. Each appraiser shall possess an affiliation with a recognized appraisal association such as the Appraisal Institute or the American Society of Farm Managers and Rural Appraisers and shall possess certification from the Arizona Department of Financial Institutions appropriate for the type of appraisal being obtained.  The affiliation requirement may be waived where there are insufficient affiliates in a reasonable geographical area surrounding the property to be appraised.  In selecting an appraiser from the pool who the university deems to be qualified for the particular assignment, the university may give consideration to the location of the real property and its probable value, and may, if it deems appropriate, select an appraiser from the prequalification list of one of the other universities.

2.   One appraisal shall be obtained for any sale, purchase or exchange of real property with an anticipated sale price of $100,000 or more but less than $1,000,000. Two appraisals shall be obtained for any sale, purchase or exchange of real property with an anticipated sale price of $1,000,000 or more.  All appraisals shall be independent, unilaterally requested and paid for by the university.

3.   No appraisal shall be required in connection with a sale, purchase or exchange of property with an anticipated sale price of less than $100,000.

4.   No appraisal may be used for any purchase, sale or exchange unless the

appraisal has been made within six months of the time of board or university action approving the transaction.  In instances in which a fluctuating market makes real property values change more rapidly than usual, a more current appraisal shall be required.

5.    Notwithstanding Section 4 above, if a purchaser, seller, or exchange party is identified in the first six months after board action, the university may continue to use an existing appraisal for up to 24 months from the date of board action to execute the contract. However, if the contract has not been executed within 24 months from board action, the proposed transaction must be resubmitted for board approval with new appraisals that conform to this subsection. If the university decides not to proceed with the transaction, they shall notify the board.

6.    When prior board approval is required or sought for a transaction, the appraiser's opinion of value shall be reported to board counsel, and upon request the entire appraisal shall be provided.

7.    Appraisals shall not be made public until close of escrow on the real property transaction, unless the university elects otherwise.


G.    Easements and Rights-of-Way

1.    Each university may grant or amend easements/rights-of-way to other public entities and public service corporations or to private entities without prior board approval.

2.    Documents granting easements and rights-of-way shall include the following provisions:

a.    A clause where applicable providing that the grantee agrees to hold and save the board harmless of all damages, including those damages and injuries to third persons arising out of the grantee's use and enjoyment of the property interest conveyed;

b.    A reversionary clause providing that the property interest conveyed shall revert to the board in the event the use contemplated by the easement is abandoned;

c.    A termination clause in instances where granting of the easement is for a temporary purpose; and

d.    Legal description of easement and/or right-of-way and its purpose.

3.      All grants of rights-of-way or easements shall be reviewed and approved as to form by university legal counsel.

4.      The decision to grant a right-of-way or easement shall be supported by a written assessment of:

      a.      Anticipated impact on future development plans; and

      b.      Any anticipated economic impact.

H.      Waivers: A university may request a waiver of this board policy as long as it is in the best interest of the university and it complies with applicable state laws.

---

Policy History

| | |
|---|---|
| 3/12/1983 | The Policy Manual was adopted by the Board to be effective 5/1/1983. |
| 12/14/1985 | Policy revision approved by the Board on second reading. |
| 6/12/1992 | Policy revision approved by the Board on second reading. |
| 4/15/1999 | Policy revision approved by the Board on second reading. |
| 6/16/2005 | Policy revision approved by the Board on second reading. |
| 6/9/2022 | Policy revision approved by the Board on second reading. |
| 6/15/2023 | Policy revision approved by the Board on second reading to be effective 7/1/2023. |
| 9/27/2024 | Policy revision approved by the Board on second reading. |

Related Information

When the Policy Manual was adopted in 1983, this policy was substantially smaller and called Use of University Buildings and Lands. In June 2022, Chapter VII was completely revised. This policy's name was changed to University Property and substantive portions of other policies were added to 7-201, including: 7-202 Ownership and Procedures, 7-203 Purchase of Real Property, 7-204 Sale of Real Property, 7-205 Exchanges of Real Property, 7-206 Appraisals, 7-210 Easements and Rights-of-Way, and 7-211 Accepting Gifts of Real Property.

# EXHIBIT 3

 Arizona State University

# Student Services Manual (SSM)

## SSM 104–02: Handling Disruptive, Threatening, or Violent Individuals on Campus

**Effective**: 8/15/1985                                                                                    **Revised**: 11/1/2019

### Purpose

To promote a campus environment that is safe and conducive to conducting university-related business

### Sources

*Arizona Revised Statutes* §§ 13–1502; 13–2911

ASU Police Department

Office of the Dean of Students

Educational Outreach and Student Services

University policy

### Policy

Students, faculty, staff, and other individuals do not have an unqualified right of access to university grounds, property, or services.

Interfering with the peaceful conduct of university-related business or activities or remaining on campus grounds after a request to leave may be considered a crime.

### Procedures

All incidents and allegations of violent or threatening conduct by an ASU student (whether on- or off-campus) must be reported to the ASU Police Department (ASU PD) and the Office of the Dean of Students. If either office determines that the behavior poses or has posed a serious threat to personal safety or to the welfare of the campus, the student will not be permitted to return to campus or reside in any ASU residence hall until an appropriate threat assessment has been completed and, if necessary, conditions for return are imposed. ASU PD, the Office of the Dean of Students, and other appropriate offices will coordinate the assessment in light of the relevant circumstances.

Note: Physical contact that occurs during the performance of and as an integral part of participation in intercollegiate, intramural, or other sporting events, practices, or games is not, in itself, required to be reported under this policy; it is understood that participants assume the risks of this contact when they choose to participate. Physical contact or other behavior that exceeds what is normally acceptable in regular play or participation or conduct that occurs outside of the context of regular play or participation should be reported and may violate university policy and applicable law.

Incidents that occur on the ASU Downtown Phoenix campus that are determined to merit criminal charges will be forwarded to the Phoenix Police Department.

## For Immediately Threatening Situations

| Responsibility | Action |
|---|---|
| | If threatened on campus by a disruptive individual's conduct to the point of reasonable fear of immediate personal injury or property damage: |
| Student, ASU employee, or guest | 1. Leave the area that the disruptive individual(s) is in immediately. <br> 2. Call the ASU Police Department (ASU PD) to request that an officer come to the location. Inform ASU PD if it is a repeat occurrence. |
| ASU employee | 3. Notify the immediate supervisor, if he or she was not present during the incident. |
| | If the incident involves an individual who may be identified as a member of the ASU student body: |
| Student, ASU employee, or guest | 4. Contact the Office of Student Rights and Responsibilities and report the incident. |
| | If the incident involves an individual who may be identified as a member of the ASU faculty or staff: |
| | 5. Contact the ASU Employee Assistance Office. |

## For All Other Situations

| Responsibility | Action |
|---|---|
| | If confronted on campus by a disruptive individual's conduct that may be harassing or interferes with university-related duties or activities but is not immediately threatening: |
| Student, ASU employee, or guest | 1. Request that the disruptive individual(s) leave. <br> 2. Call ASU PD to request that an officer come to the location. Inform ASU PD if it is a repeat occurrence. |
| ASU employee | 3. Notify the immediate supervisor, if he or she was not present during the incident. |
| | If the incident involves an individual who may be identified as a student: |
| Student, ASU employee, or guest | 4. Contact the Office of Student Rights and Responsibilities and report the incident. |
| | If the incident involves an individual who may be identified as a member of the ASU faculty or staff: |
| | 5. Contact the Office of University Rights and Responsibilities. |

## Cross-References

For related information, see:

1. <u>SSM 104–01</u>, "*Student Code of Conduct* and Student Disciplinary Procedures"

   and

2. <u>SSM 201–10</u>, "Instructor Withdrawal of a Student for Disruptive Classroom Behavior."

Also see the *Staff Personnel Policies and Procedures Manual*—<u>SPP 814</u>, "Violence in the Workplace."

# EXHIBIT 4



# Facilities Management Manual (FAC)

## FAC 115: Overnight Use of University Property

**Effective**: 1/30/2012                                                                                       **Revised**:

## Purpose

To specify university policy on the overnight use of university property; to protect the health and safety of the university and campus community and access to and security of university facilities and property

## Source

University policy

## Applicability

All property, including buildings and facilities, that are owned, operated, or under the control of the university

## Policy

Except in connection with university activities or events that may require overnight occupancy at the site of the activity or event, no person shall camp or erect any structure or use any camp paraphernalia or light or maintain any campfire on any university property.

## Definitions

For the purpose of this policy, the following definitions apply:

Camp or Camping
    The use of tents, shelters, or camp paraphernalia or structures, or the parking of a motor vehicle, motor home, or trailer for the apparent purpose of overnight occupancy.

Campfire
    An outdoor fire, burned in the open or in a receptacle other than a furnace or incinerator, used for the cooking or warming of food, for providing personal warmth, or for recreational purposes.

Camp Paraphernalia
    Any equipment or materials for sleeping, occupancy, or living accommodations, including, but not limited to, tents, huts, cots, beds, sleeping bags, tarpaulins, hammocks, cooking/warming equipment, or cooling/air conditioning equipment.

Overnight
    Any time between the hours of 11:00 p.m. and 5:00 a.m.

Structure
    Any building, vehicle, or place with sides that is separately securable from any other structure attached to it.

University Property

All property and facilities owned, managed, or operated by Arizona State University and/or the Arizona Board of Regents for and on behalf of Arizona State University.

## Cross-Reference

See also the *Student Services Manual (SSM)*: SSM 802–01, "Scheduling Outdoor Campus Activities Areas."

# EXHIBIT 5



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 27, 2024

Breanna Brocker
Sent electronically to ▮▮▮▮▮▮▮▮▮▮▮

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ▮▮▮▮▮▮▮

**INTERIM ACTION: FIRST NOTICE**

Dear Breanna:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Friday, April 26, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

**INTERIM ACTION(S)**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Monday, May 6, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services

## Office of Student Rights and Responsibilities

**Arizona State University**                    **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.

b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.

c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**
- ASU Police: 480-965-3456
- City of Mesa Police: 480-644-2211
- City of Tempe Police: 480-350-8311
- City of Phoenix Police: 602-262-6151
- City of Glendale Police: 623-930-3000



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**

ASU Counseling Services offers **confidential**, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a **confidential resource**. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is **not a confidential resource**. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive **confidential support**, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**

The program is a 24-hour **confidential resource** for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**

The LiveSafe Mobile app has many benefits and useful tools for students.  The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.


**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email** : _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email**: _____

Effective date: 9/18/2017



**CONSENT TO THE RELEASE OF INFORMATION**

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** <u>Student Conduct Record</u>_____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

**For Office Use Only**

Request fulfilled by:

_____    _____    _____
STAFF              (Please Print)      Signature                    Date

# EXHIBIT 6



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 27, 2024

Mya Vallejo
Sent electronically to █████████████

                                                        **PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ███████████

**INTERIM ACTION: FIRST NOTICE**

Dear Mya:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Friday, April 26, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

                                        **INTERIM ACTION(S)**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Monday, May 6, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services

## Office of Student Rights and Responsibilities

**Arizona State University**                          **Notice of Resources**



## POLICY

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

## PROCEDURES

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.

b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.

c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

## REPORTING OPTIONS

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**
- ASU Police: 480-965-3456                          - City of Phoenix Police: 602-262-6151
- City of Mesa Police: 480-644-2211                 - City of Glendale Police: 623-930-3000
- City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

## ASU Counseling Services

ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

## ASU Health Services

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

## Student Advocacy and Assistance (SAA)

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

## Sexual Violence Prevention Resources

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

## La Frontera/EMPACT Trauma Healing Program

The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

## ASU LiveSafe Mobile App

The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

## Download the free ASU LiveSafe App

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile




If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

---

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature.  Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.

**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email** : _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email** : _____

Effective date: 9/18/2017



## CONSENT TO THE RELEASE OF INFORMATION

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** <u>Student Conduct Record</u> _____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:

_____    _____    _____

STAFF                    (Please Print)        Signature                            Date

# EXHIBIT 7



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 28, 2024

Autumn Byars
Sent electronically to ██████████

                                                              **PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ██████████

**INTERIM ACTION: FIRST NOTICE**

Dear Autumn:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Saturday, April 27, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

**INTERIM ACTION(S)**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Friday, May 3, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services
## Office of Student Rights and Responsibilities
**Arizona State University**                    **Notice of Resources**



## POLICY

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

## PROCEDURES

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

   a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.
   b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.
   c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

## REPORTING OPTIONS

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**
- ASU Police: 480-965-3456                         - City of Phoenix Police: 602-262-6151
- City of Mesa Police: 480-644-2211                - City of Glendale Police: 623-930-3000
- City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**
ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**
Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**
Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**
If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**
The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**
The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**

1. You will receive a one-time SMS to download the app to your mobile device.         
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe

The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr



Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.


**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email** : _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email** : _____



## CONSENT TO THE RELEASE OF INFORMATION

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** <u>Student Conduct Record</u>_____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:


_____    _____    _____
STAFF            (Please Print)      Signature              Date

# EXHIBIT 8



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 28, 2024

Emma Davis
Sent electronically to ▉▉▉▉▉▉▉▉▉▉

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ▉▉▉▉▉▉

**INTERIM ACTION: FIRST NOTICE**

Dear Emma:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Saturday, April 27, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

<u>**INTERIM ACTION(S)**</u>

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Friday, May 3, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services
## Office of Student Rights and Responsibilities
**Arizona State University**                    **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.

b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.

c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**
- ASU Police: 480-965-3456                          - City of Phoenix Police: 602-262-6151
- City of Mesa Police: 480-644-2211                 - City of Glendale Police: 623-930-3000
- City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**
ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**
Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**
Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**
If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**
The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**
The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**
1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.


**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email:** _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email:** _____



**CONSENT TO THE RELEASE OF INFORMATION**

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** <u>Student Conduct Record</u>_____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:

_____          _____          _____
STAFF                    (Please Print)          Signature                              Date

# EXHIBIT 9



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 28, 2024

Aida Campos
Sent electronically to ████████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ████████

**INTERIM ACTION: FIRST NOTICE**

Dear Aida:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Saturday, April 27, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

**INTERIM ACTION(S)**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Friday, May 3, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services
## Office of Student Rights and Responsibilities
**Arizona State University**                    **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.
b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.
c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.
            ASU Police Victim Advocate: 480-965-0107
            - ASU Police: 480-965-3456                          - City of Phoenix Police: 602-262-6151
            - City of Mesa Police: 480-644-2211                 - City of Glendale Police: 623-930-3000
            - City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

## ASU Counseling Services

ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

## ASU Health Services

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

## Student Advocacy and Assistance (SAA)

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

## Sexual Violence Prevention Resources

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

## La Frontera/EMPACT Trauma Healing Program

The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

## ASU LiveSafe Mobile App

The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

## Download the free ASU LiveSafe App

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.

**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email:** _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature:** _____    **Phone & Email:** _____

Effective date: 9/18/2017



## CONSENT TO THE RELEASE OF INFORMATION

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** <u>Student Conduct Record</u>_____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:

_____    _____    _____
STAFF                    (Please Print)        Signature                    Date

# EXHIBIT 10



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 28, 2024

Fatima Jabardi
Sent electronically to ███████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ███████████

**INTERIM ACTION: FIRST NOTICE**

Dear Fatima:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct. It has been reported that on or around Saturday, April 27, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

**INTERIM ACTION(S)**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Friday, May 3, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services

## Office of Student Rights and Responsibilities

**Arizona State University**                    **Notice of Resources**



### POLICY

**Arizona Board of Regents (ABOR) Student Code of Conduct**

The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**

*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

### PROCEDURES

**Arizona State University Code of Conduct Procedures**

When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**

Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.

b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.

c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

### REPORTING OPTIONS

**Office of Student Rights & Responsibilities (SRR)**

The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**

The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**

Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**

- ASU Police: 480-965-3456
- City of Mesa Police: 480-644-2211
- City of Tempe Police: 480-350-8311
- City of Phoenix Police: 602-262-6151
- City of Glendale Police: 623-930-3000



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**

ASU Counseling Services offers ==confidential==, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a ==confidential resource==. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is ==not a confidential resource==. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive ==confidential support==, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**

The program is a 24-hour ==confidential resource== for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**

The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

==Download the free ASU LiveSafe App==

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature.  Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.


**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email:** _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email:** _____

Effective date: 9/18/2017



**CONSENT TO THE RELEASE OF INFORMATION**

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** Student Conduct Record _____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

| For Office Use Only |
| --- |
| Request fulfilled by: |
| |
| _____    _____    _____ |
| STAFF           (Please Print)        Signature                    Date |

# EXHIBIT 11



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 27, 2024

Zahra Alam
Sent electronically to ████████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ████████████

**INTERIM ACTION: FIRST NOTICE**

Dear Zahra:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct. It has been reported that on or around Friday, April 26, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

**<u>INTERIM ACTION(S)</u>**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Monday, May 6, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services
## Office of Student Rights and Responsibilities
**Arizona State University**                    **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.
b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.
c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**

- ASU Police: 480-965-3456
- City of Mesa Police: 480-644-2211
- City of Tempe Police: 480-350-8311
- City of Phoenix Police: 602-262-6151
- City of Glendale Police: 623-930-3000



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

## ASU Counseling Services
ASU Counseling Services offers **confidential**, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

## ASU Health Services
Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a **confidential resource**. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

## Student Advocacy and Assistance (SAA)
Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is **not a confidential resource**. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.
- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

## Sexual Violence Prevention Resources
If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive **confidential support**, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

## La Frontera/EMPACT Trauma Healing Program
The program is a 24-hour **confidential resource** for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

## ASU LiveSafe Mobile App
The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.
- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

## Download the free ASU LiveSafe App
1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.

**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor.*

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email:** _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email:** _____

Effective date: 9/18/2017



## CONSENT TO THE RELEASE OF INFORMATION

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** Student Conduct Record _____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:

_____     _____     _____
STAFF               (Please Print)        Signature                              Date

# EXHIBIT 12



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 26, 2024

Michael Clancy
Sent electronically to ███████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ██████████

**INTERIM ACTION: FIRST NOTICE**

Dear Michael:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on Friday, April 26, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers, preventing the officers from leaving, and were subsequently arrested for trespassing. You were also charged with resisting arrest.

**<u>INTERIM ACTION(S)</u>**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

**An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-2 Endangering, threatening, or causing physical harm to any member of the university community or to oneself, causing reasonable apprehension of such harm or engaging in conduct or communications that a reasonable person would interpret as a serious expression of intent to harm.
- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to dawn.russo@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action

by completing this form by no later than 11:59 p.m. on **Friday, May 3, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services

## Office of Student Rights and Responsibilities

**Arizona State University**                    **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

   a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.
   b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.
   c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**
- ASU Police: 480-965-3456
- City of Mesa Police: 480-644-2211
- City of Tempe Police: 480-350-8311
- City of Phoenix Police: 602-262-6151
- City of Glendale Police: 623-930-3000



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**

ASU Counseling Services offers **confidential**, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a **confidential resource**. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is **not a confidential resource**. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive **confidential support**, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**

The program is a 24-hour **confidential resource** for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**

The LiveSafe Mobile app has many benefits and useful tools for students.  The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile




If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.

**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email:** _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email:** _____

Effective date: 9/18/2017



**CONSENT TO THE RELEASE OF INFORMATION**

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** Student Conduct Record_____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

**For Office Use Only**

Request fulfilled by:

_____    _____    _____
STAFF           (Please Print)    Signature            Date

# EXHIBIT 13



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 27, 2024

Rebecca Huang
Sent electronically to ███████████

                                                    **PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ███████████

**INTERIM ACTION: FIRST NOTICE**

Dear Rebecca:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Friday, April 26, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

                            <u>**INTERIM ACTION(S)**</u>

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Monday, May 6, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services
## Office of Student Rights and Responsibilities
**Arizona State University**        **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

    a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.

    b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.

    c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

    **ASU Police Victim Advocate: 480-965-0107**
    - ASU Police: 480-965-3456                 - City of Phoenix Police: 602-262-6151
    - City of Mesa Police: 480-644-2211            - City of Glendale Police: 623-930-3000
    - City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**
ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**
Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**
Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.
- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**
If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**
The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**
The LiveSafe Mobile app has many benefits and useful tools for students.  The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.
- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**
1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature. Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.


**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____     **Date:** _____

**Student Signature:** _____     **Phone & Email**: _____

**Advisor Name:** _____     **Date:** _____

**Advisor Signature**: _____     **Phone & Email**: _____



**CONSENT TO THE RELEASE OF INFORMATION**

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** <u>Student Conduct Record</u>_____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:

_____    _____    _____
STAFF                  (Please Print)        Signature                      Date

# EXHIBIT 14



**STUDENT RIGHTS AND RESPONSIBILITIES**
Arizona State University
asu.edu/srr

April 28, 2024

Salam Jabaieh
Sent electronically to ██████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ██████████

**INTERIM ACTION: FIRST NOTICE**

Dear Salam:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Saturday, April 27, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

**INTERIM ACTION(S)**

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Friday, May 3, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services
## Office of Student Rights and Responsibilities
**Arizona State University**                                    **Notice of Resources**



**POLICY**

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

**PROCEDURES**

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

    a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.

    b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.

    c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

**REPORTING OPTIONS**

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

    **ASU Police Victim Advocate: 480-965-0107**
    - ASU Police: 480-965-3456                        - City of Phoenix Police: 602-262-6151
    - City of Mesa Police: 480-644-2211                - City of Glendale Police: 623-930-3000
    - City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**

ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**

The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**

The LiveSafe Mobile app has many benefits and useful tools for students. The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**Arizona State University**
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature.  Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.


**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor*.

**Student Name:** _____    **Date:** _____

**Student Signature:** _____    **Phone & Email:** _____

**Advisor Name:** _____    **Date:** _____

**Advisor Signature**: _____    **Phone & Email:** _____



## CONSENT TO THE RELEASE OF INFORMATION

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** Student Conduct Record _____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:


_____     _____     _____
STAFF            (Please Print)     Signature            Date

# EXHIBIT 15



## STUDENT RIGHTS AND RESPONSIBILITIES
Arizona State University
asu.edu/srr

April 27, 2024

Beldaja Jama
Sent electronically to ████████████

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: ███████████

**INTERIM ACTION: FIRST NOTICE**

Dear Beldaja:

The Office of Student Rights and Responsibilities has received information alleging that you may have engaged in conduct that would violate the Arizona Board of Regents Student Code of Conduct.  It has been reported that on or around Friday, April 26, 2024, during a gathering located at the Old Main lawn at the ASU Tempe campus, you failed to comply with the directives of ASU PD officers and were subsequently arrested for trespassing.

## INTERIM ACTION(S)

Based on the reported behaviors, the following interim action(s) have been taken:

**Effective immediately, you are placed on Interim Suspension and are trespassed from all property owned, leased, operated, or under the control of ASU. This status means you may not come to any ASU campus for any reason other than to meet with the Office of Student Rights and Responsibilities at pre-arranged times. Among other restrictions, this Interim Suspension also means you may not live on campus, attend or participate in classes (including both in-person and online), or contact your instructors for any reason. Your faculty will be notified of your status by the Office of the Dean of Students. You also may not participate in any educational or extracurricular activities, including internships or other on- and off-campus obligations tied to your ASU student status. Please be advised that should you be found on any university property, outside of approved meetings, you may be subject to arrest for trespassing. An administrative hold has been placed on your student account, which prevents any registration or admissions process.**

The interim action(s) will remain in effect until a final decision has been made on the pending allegations or until Student Rights and Responsibilities believes that the reasons for imposing the interim action no longer exist.

## ALLEGATIONS OF CODE OF CONDUCT VIOLATION(S)

In part, the Student Code of Conduct sets forth the standards of conduct expected of students who join the university community. The information provided indicates that there may be possible violation(s) of the Student Code of Conduct, pertinent parts of which are stated below:

- 5-308 F-7 Failure to comply with the directions of university officials or agents, including law enforcement or security officers, acting in the good faith performance of their duties. This section is not intended to prohibit the lawful assertion of an individual's Fifth Amendment right against self-incrimination.
- 5-308 F-26 Commission of any offense prohibited by state or federal law or local ordinance.

## MEETING NOTIFICATION

As a result, Student Rights and Responsibilities has initiated an investigation into this matter.

A meeting will be set for you to attend with a staff member from the Office of Student Rights and Responsibilities. Please monitor your asu.edu e-mail address for additional information regarding the date and time of this meeting. If you have questions, please contact deanofstudents@asu.edu.

The purpose of this meeting is to review the code of conduct procedures, to explain the allegations being investigated, and to provide you the opportunity to respond to the allegations. You may bring an advisor to this meeting, to which the attached consent forms must be signed and emailed back to brian.reece@asu.edu at least 24 hours in advance of the meeting. If you need any accommodations to participate in the meeting or any part of the process, please contact ASU's Student Accessibility and Inclusive Learning Services.

## INTERIM ACTION APPEAL PROCESS

You may provide information to Student Rights and Responsibilities to contest the interim action by completing this form by no later than 11:59 p.m. on **Monday, May 6, 2024**. Based on information provided, the Dean of Students, or designee, will determine whether the interim action should remain in place.

As you prepare for your participation in this investigation, we encourage you to review the ABOR Student Code of Conduct, Student Code of Conduct Procedures, and the Academic Affairs Manual (ACD) 401 Policy. These documents, along with a list of Frequently Asked

Questions, are also available at: https://eoss.asu.edu/dos/srr/. Please note the referenced documents contain a prohibition of retaliation against any individuals or groups that may be affiliated with this investigation as well as the prohibition of interference with the code of conduct process.

The Office of Student Advocacy and Assistance is a resource available to you should you need assistance or support during this time. You can also learn more about this resource at: https://eoss.asu.edu/dos/srr/StudentAdvocacyandAssistance

If you have questions or to reschedule the meeting, please contact the Office of Student Rights and Responsibilities at (480) 965-9170. There is an attachment to this letter providing contact information for support services available to students, including the Office of Student Advocacy and Assistance.

Sincerely,

Dr. Brian Reece
Associate Dean of Students

Student Rights and Responsibilities | Arizona State University | 480-965-9170

# Educational Outreach and Student Services

## Office of Student Rights and Responsibilities

**Arizona State University**                    **Notice of Resources**



## POLICY

**Arizona Board of Regents (ABOR) Student Code of Conduct**
The Student Code of Conduct sets forth the standards of conduct expected of students who attend the three main universities in Arizona (ASU, UA, and NAU). These standards apply to both on-campus and off-campus behavior. Students who violate the Student Code of Conduct may be subject to administrative and educational sanctions. For more information, please visit: https://public.azregents.edu/Policy%20Manual/5-308-Student%20Code%20of%20Conduct.pdf

**Notice of No Retaliation**
*ACD 401: Prohibition against Discrimination, Harassment, and Retaliation* – Any individual who is part of the investigation process cannot retaliate against any individual who participates in the Student Rights and Responsibility investigation process. More information regarding this policy can be found at the following webpage: https://www.asu.edu/aad/manuals/acd/acd401.html

## PROCEDURES

**Arizona State University Code of Conduct Procedures**
When the University is aware of a reported violation of the Student Code of Conduct, an investigation is conducted. Both parties are informed of the outcome of the investigation. The Code of Conduct Procedures can be found at the following webpage: https://eoss.asu.edu/sites/default/files/student_conduct_procedures_rev_6-23-2021_Cleryfinal.pdf

**Interim Grievance Process for Formal Complaints of Title IX Sexual Harassment**
Effective September 10, 2021, this procedure describes the process that will be followed by Arizona State University to resolve formal complaints of Title IX sexual harassment. Title IX sexual harassment is conduct, based on sex, that constitutes one or more of the following:

   a) Unwelcome conduct, occurring in the United States, that a reasonable person would find so severe, pervasive, and objectively offensive that it effectively denies a person equal access to ASU's education program or activity.
   b) An employee conditioning the provision of an aid, benefit, or service of ASU on an individual's participation in unwelcome sexual conduct.
   c) Any of the following specific acts of sexual harassment taking place within the United States and within an ASU education program or activity: sexual assault, dating violence, domestic violence, and stalking.

For more information, please visit: https://provost.asu.edu/policies/procedures/p20a

## REPORTING OPTIONS

**Office of Student Rights & Responsibilities (SRR)**
The Office of Student Rights and Responsibilities staff is responsible for reviewing and handling student incident reports. The staff reviews the conduct of both individual students and student organizations in relation to standards set forth by the Arizona Board of Regents (ABOR). To file a report, submit an online form at: https://eoss.asu.edu/dos/srr/filingreport

**University Rights & Responsibilities (URR)**
The Office of University Rights & Responsibilities reviews and investigates concerns and allegations of discrimination or harassment involving faculty, staff, and other ASU affiliates. For more information, please call (480) 965-5057, email URR@asu.edu or visit: https://urr.asu.edu/

**Filing a Police Report**
Filing a police report does not obligate an individual to move forward with pressing charges. Contact information for many of the local agencies are listed here. ASU and ASU Police can assist with contacting other police departments.

**ASU Police Victim Advocate: 480-965-0107**
- ASU Police: 480-965-3456                              - City of Phoenix Police: 602-262-6151
- City of Mesa Police: 480-644-2211                     - City of Glendale Police: 623-930-3000
- City of Tempe Police: 480-350-8311



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

**On-Campus and Off-Campus Resources**

**ASU Counseling Services**

ASU Counseling Services offers confidential, personal counseling, and crisis services for students and prioritizes immediate access to services to ensure that all who request or need services can be seen within the same day. This is a confidential resource. Any information you share with counseling will not be shared with our office. To schedule an appointment, call (480) 965-6146. Students can communicate with counselors from anywhere and at any time through the ASU Counseling Services Open Call/Open Chat. For more information please visit: https://eoss.asu.edu/counseling.

**ASU Health Services**

Health services is a confidential resource that is available to you. ASU is committed to the physical and emotional health and wellness of students. This is a confidential resource. To schedule an appointment, schedule an appointment by calling (480) 965-3349. For after-hours/weekend medical advice, call (800) 293-5775.

**Student Advocacy and Assistance (SAA)**

Student Advocacy and Assistance guides students in resolving educational, personal and other campus impediments toward successful completion of their academic goals. Please note that Student Advocacy and Assistance is not a confidential resource. To schedule an appointment with an Advocate, please call (480) 965-6547 or submit a request at: https://eoss.asu.edu/dos/student-advocacy-and-assistance.

- Guidance and assistance for students experiencing challenges with academics, housing, student employment, visa/immigration, financial aid and other student services areas.
- One-on-One consultation with students seeking guidance in resolving personal challenges and concerns.
- Assistance with administrative matters impacting academic persistence and success, including: Absence Letters, Course Incompletes, Course Withdrawals, Compassionate Withdrawals and Medical Withdrawals.
- Assists students and their families in connecting with community resources.

**Sexual Violence Prevention Resources**

If an incident of sexual misconduct or relationship violence occurs, options to report the incident, receive confidential support, and immediate assistance are available through on-campus and off-campus resources. In order to ensure all members of the ASU community have access to health and safety resources, ASU employees are mandatory reporters and must report allegations of sexual assault/harassment. For more information, please visit: https://sexualviolenceprevention.asu.edu/.

**La Frontera/EMPACT Trauma Healing Program**

The program is a 24-hour confidential resource for individuals affected by sexual assault, domestic violence, or hate crimes. Services include a confidential 24-hour hotline; mobile crisis support; individual, couples, family, and group therapy; and case management and advocacy. The Sexual Assault Hotline: (480) 736-4949 or (866) 205-5229.

**ASU LiveSafe Mobile App**

The LiveSafe Mobile app has many benefits and useful tools for students.  The app allows students to send ASU PD real-time, anonymous tips that include audio, pictures, text, and video.

- Send an emergency 911 text or call to ASU PD Dispatch
- Alert personal emergency contacts in times of distress
- Activate **SafeWalk** and text with your friends or family during your trip as they view your progress on a map
- Request a ride from the student-run Safety Escort Service
- Access ASU crime alerts and receive University alerts and advisories

**Download the free ASU LiveSafe App**

1. You will receive a one-time SMS to download the app to your mobile device.
2. Select Arizona State University
3. Choose your organization based on your location. Use **ASU AZ – Fac/Stu/Staff**
4. ASU parents and visitors choose **ASU AZ – Visitor**
5. Complete your profile

 

If you have questions about the ASU LiveSafe mobile app features and functions, email or follow on Twitter: @ASULiveSafe



The Office of Student Rights and Responsibilities
PO Box 870512 Tempe, AZ 85287-0512
Telephone: (480) 965-9170 Fax: (480) 727-0883
www.asu.edu/srr

Arizona State University
Dean of Students Office – Student Rights and Responsibilities

Role of an Advisor in the Investigative Process

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). Students are encouraged to take advantage of this provision.

The investigative proceedings are administrative and educational in nature.  Students are expected to take an active role in the investigative process which includes speaking and advocating for themselves. The advisor's role is to support and assist the student through the investigative process and work with the student on how to engage in the process. Family members, attorneys, community members, and other students (as outlined below) are welcome to serve as advisors and will be held to the standards outlined here.

The student may select the advisor of their choice, but the advisor may not be engaged in the case as a witness or party. To avoid a conflict of interest, an advisor may not assist both the responding party and reporting party. The student must complete a separate release of information prior to the advisor participating in the investigative process.

During the investigative process, the advisor may:

- Accompany the student in any investigative meeting;
- Support the student throughout the process;
- Discuss the matter with the student and help the student to participate in the administrative process;
- Advise the student in providing a response or materials to SRR staff;

During the investigative process, the advisor may *not*:

- Speak/ respond for or on behalf of the student;
- Present materials or provide evidence directly to SRR;
- Ask witnesses questions;
- Receive information from SRR on behalf of the student.

SRR will schedule meetings based on the student's academic schedule and will consider reasonable requests to reschedule meetings.

During meetings with SRR, students may request breaks to consult with their advisor in private. Additionally, thoughts may be shared between advisor and student either through whisper or in writing.

The role of the advisor during the investigation process with SRR is different from the role of the advisor during an appeal with the University Hearing Board (see *Student Code of Conduct Procedures*). Advisors not complying with or disrupting the student conduct process will be removed and precluded from further participation in the process.

**ACKNOWLEDGEMENT OF ADVISOR ROLE:**

Reporting parties and respondents are permitted to have an advisor during the investigative process with Student Rights and Responsibilities ("SRR"). By signing this document, the student and advisor agree to the expectations provided in the document titled *Role of an Advisor.*

**Student Name:** _____   **Date:** _____

**Student Signature:** _____   **Phone & Email:** _____

**Advisor Name:** _____   **Date:** _____

**Advisor Signature**: _____   **Phone & Email:** _____

Effective date: 9/18/2017



**CONSENT TO THE RELEASE OF INFORMATION**

**STUDENT NAME:** _____

**STUDENT IDENTIFICATION NUMBER:** _____

**EDUCATIONAL RECORD(S) TO BE RELEASED:** Student Conduct Record _____

**NAME AND ADDRESS, EMAIL, OR FAX NUMBER OF THE PARTY TO WHOM DISCLOSURE OF RECORDS MAY BE MADE, "AUTHORIZED RECIPIENT(S)":**

_____

_____

_____

**PURPOSE OF DISCLOSURE:**

☐ Transferring to other Institution

☐ Graduate College

☐ Medical School / Law School

☐ Student Code of Conduct Procedures

☐ Other: _____

**By presenting a signed and dated copy of this Consent to Arizona State University "ASU," Student consents to the release by ASU of the Records to the Authorized Recipient(s) for the Purpose identified above. The Student further agrees that ASU may discuss the information contained in the Records with the Authorized Recipient(s). This Consent applies to educational records that may otherwise be protected under the Family Educational Rights and Privacy Act of 1974, as amended, 20 U.S.C. 1232g.**

NAME (please print): _____

SIGNATURE: _____

DATE: _____

PHONE AND EMAIL: _____

---

**For Office Use Only**

Request fulfilled by:

_____    _____    _____
STAFF                    (Please Print)        Signature                          Date