David Chami, AZ Bar No. 027585
dchami@consumerjustice.com
Michael Yancey, AZ Bar No. 37187
myancey@consumerjustice.com
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, Arizona 85258
T: (480) 626-2359

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aída Esmeralda Campos, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> Joanne Vogel, Lance Harrop, Brian Reece, & Does I-X, <br><br> *Defendants.* | Case No. 2:24-cv-00987-JJT <br><br> **PLAINTIFFS' LRCiv 5.2 NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN, pursuant to LRCiv 5.2, that on September 25, 2025, Plaintiffs Aída Esmeralda Campos, et al., served the following documents via Electronic Mail on counsel for Defendant Michael Crow: **Plaintiff Emma Davis' First Interrogatories to Defendant Michael Crow**.

NOTICE IS HEREBY GIVEN, pursuant to LRCiv 5.2, that on October 9, 2025, Plaintiffs Aída Esmeralda Campos, et al., served the following documents via Electronic Mail on counsel for Defendant Michael Crow: **Plaintiff Emma Davis' First Requests for**

**Production of Documents to Defendant Michael Crow**.

NOTICE IS HEREBY GIVEN, pursuant to LRCiv 5.2, and this Court's Scheduling Order [Dkt. 121 at 2] that on October 10, 2025, Plaintiffs Aída Esmeralda Campos, et al., served the following documents via Electronic Mail on counsel for Defendant Michael Crow: **Plaintiff's Initial Disclosure Statement pursuant to Fed. R. Civ. P. 26(a)(1).**

Respectfully submitted this 10th day of October 2025,

/s/David Chami
David Chami, AZ Bar No. 027585
dchami@consumerjustice.com
Michael Yancey, AZ Bar No. 37187
myancey@consumerjustice.com
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, Arizona 85258
T: (480) 626-2359
F: (480) 613-7733

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Brianna Frohman