Keith Beauchamp (012434)
D. Andrew Gaona (028414)
Austin C. Yost (034602)
Andrew T. Fox (034581)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
ayost@cblawyers.com
afox@cblawyers.com

*Attorneys for Defendant Michael Crow*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Aida Esmeralda Campos, et al., | No. 2:24-CV-00987-JJT |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

Under Local Rule 5.2, notice is hereby given that Defendant Dr. Michael Crow served his Rule 26(a)(1) initial disclosure statement through email on Plaintiffs.

RESPECTFULLY SUBMITTED this 10th day of October, 2025.

**COPPERSMITH BROCKELMAN PLC**

By /s/ Austin C. Yost
      Keith Beauchamp
      D. Andrew Gaona
      Austin C. Yost
      Andrew T. Fox

*Attorneys for Defendant Michael Crow*