**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, *et al.*, | No. CV-24-00987-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Board of Regents, *et al.*, | |
| Defendants. | |

At issue is Plaintiffs' Renewed Motion for Alternative Service of Subpoena (Doc. 127, Mot.). Plaintiffs request permission to serve two subpoenas—one to produce documents and the other to appear for a deposition—upon non-party Jonathan Greenblatt by electronic mail. (Mot. at 1.) For the reasons below, the Court will grant the Motion.

According to Plaintiffs, Mr. Greenblatt is currently the CEO of the Anti-Defamation League ("ADL"). (Mot. at 3.) Plaintiffs already attempted to serve Mr. Greenblatt at his place of work, but an ADL employee stated that personal service of Mr. Greenblatt was "never going to happen." (Doc. 124-2 at 2.) Plaintiffs now request to serve their subpoenas electronically to Mr. Greenblatt's work email address that he used in or around April 2024 to communicate with Defendant Dr. Crow. (Doc. 127-3.) Plaintiffs reason that "Greenblatt has proven that he personally uses the address in question (i.e. that it is not simply a business email managed by an employee) by sending the very messages which render his testimony relevant in this case." (Mot. at 6.)

. . .

1        Based on Mr. Greenblatt's historic use of his ADL email address, the Court can reasonably infer that Mr. Greenblatt continues to utilize it because of his current position at ADL. The Court finds service by e-mail is reasonably calculated to provide Mr. Greenblatt timely and fair notice of, and an opportunity to object to, the subpoena. Service by this method is also appropriate in this matter, given Plaintiffs' diligent efforts to attempt personal service upon Mr. Greenblatt. Plaintiffs may effectuate service of the subpoenas located at Doc. 127-1 by sending an electronic copy of those subpoenas to Mr. Greenblatt's last known ADL e-mail address. Plaintiffs shall abide by all service requirements set forth in Federal Rule of Civil Procedure 45.

       **IT IS ORDERED** granting Plaintiffs' Renewed Motion for Alternative Service of Subpoena (Doc. 127).

       **IT IS FURTHER ORDERED** that Plaintiffs may effectuate service of the subpoenas located at Doc. 127-1 by sending an electronic copy of those subpoenas to Mr. Greenblatt's last known ADL e-mail address. Plaintiffs shall abide by all service requirements set forth in Federal Rule of Civil Procedure 45.

       Dated this 13th day of November, 2025.

Honorable John J. Tuchi
United States District Judge

- 2 -