Keith Beauchamp (012434)
D. Andrew Gaona (028414)
Austin C. Yost (034602)
Andrew T. Fox (034581)
Kelleen Mull (036517)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com
ayost@cblawyers.com
afox@cblawyers.com
kmull@cblawyers.com

*Attorneys for Defendant Michael Crow*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Board of Regents, et al., <br><br> Defendants. | No. 2:24-CV-00987-JJT <br><br> **NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT AND RESPONSES TO DISCOVERY REQUESTS** |

Under Local Rule 5.2, notice is hereby given that Defendant Dr. Michael Crow served the following through email on Plaintiffs on November 20, 2025.

1. Defendant's First Supplemental Disclosure Statement;

2. Defendant's Responses to Plaintiff Emma Davis's First Set of Interrogatories; and

3. Defendant's Responses to Plaintiff Emma Davis's Second Set of Request for Production of Documents.

RESPECTFULLY SUBMITTED this 21st day of November, 2025.

**COPPERSMITH BROCKELMAN PLC**

By <u>/s/ Austin C. Yost</u>
Keith Beauchamp
D. Andrew Gaona
Austin C. Yost
Andrew T. Fox
Kelleen Mull

*Attorneys for Defendant Michael Crow*