David Chami, AZ Bar No. 027585
dchami@consumerjustice.com
Michael Yancey, AZ Bar No. 37187
myancey@consumerjustice.com
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, Arizona 85258
T: (480) 626-2359

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aída Esmeralda Campos, *et al.*, | Case No. 2:24-cv-00987-JJT |
| *Plaintiffs,* | |
| v. | |
| Joanne Vogel, Lance Harrop, Brian Reece, & Does I-X, | |
| *Defendants.* | |

## JOINT STATUS REPORT

Pursuant to this Court's Order [Dkt. 117], the parties jointly submit the following joint status report regarding the appeal number 25-5473.

The Arizona Board of Regents and Dr. Michael Crow filed their opening brief on November 6, 2025. Plaintiffs shall file their responsive brief not later than January 20, 2026.

Respectfully submitted this 16th day of December 2025,

>/s/David Chami
>David Chami, AZ Bar No. 027585
>dchami@consumerjustice.com
>Michael Yancey, AZ Bar No. 37187
>myancey@consumerjustice.com
>**CONSUMER JUSTICE LAW FIRM PLC**
>8095 N. 85th Way
>Scottsdale, Arizona 85258
>T: (480) 626-2359
>F: (480) 613-7733
>
>*Attorneys for Plaintiffs*
>
>**COPPERSMITH BROCKELMAN PLC**
>
>By /s/ Austin C. Yost
>    Keith Beauchamp
>    D. Andrew Gaona
>    Austin C. Yost
>    Andrew T. Fox
>    Kelleen Mull
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

>Consumer Justice Law Firm
>/s/ Brianna Frohman