# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, *et al.*, | No. CV-24-00987-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Board of Regents, *et al.*, | |
| Defendants. | |

The Court has reviewed the parties' "Joint Statement of Discovery Dispute Regarding Use of Dr. Crow's Videotaped Deposition" (Doc. 147) filed pursuant to the Court's preferred method of discovery dispute resolution as set forth in the Scheduling Order in this matter. Upon review, the Court concludes this is one of the rare circumstances where fulsome briefing unrestricted by page limitations in the Scheduling Order will be necessary to assist in resolution of the dispute.

**IT IS THEREFORE ORDERED** that counsel for Defendant shall file a brief of no more than 18 pages by **May 25, 2026**. Counsel for Plaintiffs shall file a response brief of no more than 18 pages by **June 8, 2026**. Counsel for Defendant may file a Reply brief of not more than 10 pages by **June 17, 2026**.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** prohibiting dissemination of any subject materials until the Court has resolved the dispute.

Dated this 15th day of May, 2026.

_____
Honorable John J. Tuchi
United States District Judge