IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aida Esmeralda Campos, et al., | No. CV-24-00987-PHX-JJT |
| Plaintiff(s), | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendant(s). | |

For the reasons the Court set forth in detail at the July 15, 2026, Discovery Dispute Hearing,

**IT IS ORDERED** as to the discovery dispute noticed at Doc. 183 that Defendant is not required to disclose his non-public-facing ASU email account name, which may remain redacted.

**IT IS FURTHER ORDERED** as to the discovery dispute noticed at Doc. 184, that Defendant is not required to disclose the identities of those students who submitted any student-complaint communications to ASU made prior to the April 26, 2024, protest at issue, as those identities are irrelevant to the claims and defenses at issue in this matter. Defendant is required, however, to disclose the identities of the students who submitted any student-complaint communications to ASU after the April 26, 2024, protests and of which the subject of the complaint was that protest or activities related to it. The identities of such complainants shall be held confidential to counsel only and shall be sequestered in counsel's possession such that non-counsel shall have no access to them. Counsel may

contact such complainants to determine whether any was a percipient witness to any part of the protest at issue, and if so, counsel may explore whether such complainant possess relevant information about the event as a percipient fact witness.

**IT IS FURTHER ORDERED** as to that component of the discovery dispute noticed in Doc. 188 regarding Defendant's "contention interrogatories" served to Plaintiffs, that Plaintiffs are not required to respond to those specific interrogatories until 10 days after they are deposed or 10 days after Defendant has served notice to a specific Plaintiff that he will not seek to depose that Plaintiff.

**IT IS FURTHER ORDERED** that the discovery dispute noticed in Doc. 189 and the remaining issues raised in the discovery dispute noticed at Doc. 188 remain under advisement; the Court will address them by separate order when resolved.

Dated this 17th day of July, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -